# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0076. DAVID J. URSO v. THE BANK OF NEW YORK MELLON TRUST COMPANY.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, David Urso appealed the magistrate court's decision to the superior court. The superior court subsequently entered judgment in favor of The Bank of New York Mellon Trust Company. Urso then appealed to the Supreme Court, which transferred the case here.

We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Urso was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. Appellee's motion to dismiss appeal is denied as MOOT.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/12/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*